UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| North Carolina Fisheries Association, Inc., et al.,<br><br>                           Plaintiff,<br><br>v.<br><br>Gina M. Raimondo, in her official capacity as U.S. Secretary of Commerce, et al.,<br><br>                           Defendant. | No. 1:23-cv-3905<br><br>AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT |

I, Dara Cancel, hereby declare under penalty of perjury that on January 5, 2024, I caused to be deposited in the certified mail of the United States a copy of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, to be served on all named defendants and upon the U.S. Attorney General and upon the U.S. Attorney for the District of Columbia pursuant to Fed. R. Civ. P 4(i)(1) and (2).

I have received proof of delivery for the certified mail, which is attached hereto as Exhibit A (except in the case of the National Marine Fisheries Service, explained below), indicating that delivery of the summons and complaint was made on the date(s) indicated below.

317676937.1

CERTIFICATE OF SERVICE - 1

K&L GATES LLP
501 COMMERCE ST.
SUITE 1500
NASHVILLE, TN 37203
TELEPHONE: (615) 780-6700
FACSIMILE: (615) 780-6799

| Defendant: | Receipt No.: | Delivery Date: |
|---|---|---|
| Gina Raimondo, in her official capacity as U.S. Secretary of Commerce<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | 94147266 9904 2214913508 | 01/12/24 |
| National Oceanic & Atmospheric Administration<br>1401 Constitution Avenue, NW<br>Room 5128<br>Washington, DC 20230 | 9414726699042202 203963 | 01/12/24 |
| National Marine Fisheries Service<br>1315 East-West Highway<br>Silver Spring, MD 20910 | 9414726699042202203956 | 01/11/24<br>(see below) |
| Merrick B. Garland<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | 9414726699042202203932 | 01/17/24 |
| Matthew M. Graves<br>U.S. Attorney for the District of Columbia<br>c/o Civil Process Clerk<br>U.S. Attorney's Office for D.C.<br>601 D Street, NW<br>Washington, DC 20530 | 9414726699042202203949 | 01/17/24 |

With respect to defendant National Marine Fisheries Service, on January 26, 2024, the U.S. Postal Service website still indicated that the package was "Moving Through Network: In Transit to Next Facility, Arriving Late" as of January 12, 2024. I thereafter attempted personal service of process upon the National Marine Fisheries Service through Capitol Process Services, Inc., a third-party process server. The process server informed me on January 22, 2024 that he attempted service at the public address for the National Marine Fisheries Service, 1315 East-West Highway, Silver Spring, MD 20910, but was told that service is not accepted at the address. *See* Exhibit B. On January 24, 2024, I called the National Marine Fisheries Service at 301-427-8000, and spoke

317676937.1

CERTIFICATE OF SERVICE  - 2

K&L GATES LLP
501 COMMERCE ST.
SUITE 1500
NASHVILLE, TN  37203
TELEPHONE: (615) 780-6700
FACSIMILE: (615) 780-6799

to Saraz Rukh, who looked up the case by name and case number in the agency's records while I was on the telephone and informed me that the National Marine Fisheries Service received the summons and complaint on January 11, 2024.

I declare under penalty of perjury that the foregoing is true and correct:

EXECUTED this 26th day of January, 2024, Nashville, TN.

K&L GATES LLP

_____
Dara Cancel
Senior Practice Assistant Senior Practice Assistant
K&L Gates LLP
501 Commerce Street,
Suite 1500
Nashville, TN 37203
Phone: 615 514 1816
Fax: 615 780 6799
Dara.Cancel@klgates.com

317676937.1

CERTIFICATE OF SERVICE - 3

K&L GATES LLP
501 COMMERCE ST.
SUITE 1500
NASHVILLE, TN 37203
TELEPHONE: (615) 780-6700
FACSIMILE: (615) 780-6799