WALZ CERTIFIED MAILER® FROM WALZ

FORM #45663 VERSION 1 0822

Label #1

Label #2

Gina M. Raimondo, in her official capacity
as Secretary of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

Label #3

FOLD AND TEAR THIS WAY → OPTIONAL

Label #5 (OPTIONAL)

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER

9414 7266 9904 2214 9135 08

| | | |
|---|---|---|
| Certified Mail Fee | $ | $4.35 |
| Return Receipt (Hardcopy) | $ | $0.00 |
| Return Receipt (Electronic) | $ | $2.20 |
| Certified Mail Restricted Delivery | $ | $0.00 |
| Postage | $ | $0.00 |
| Total Postage and Fees | $ | $2.55 |
| | | $9.10 |

Postmark Here
NASHVILLE, TN
JAN 05 2024
01/05/2024
USPS 37202

Sent to: Gina M. Raimondo, in her official capacity
as Secretary of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

Reference Information

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number


**UNITED STATES POSTAL SERVICE**

January 12, 2024

Dear Dara Cancel:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 7266 9904 2214 9135 08**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 12, 2024, 6:39 am |
| **Location:** | WASHINGTON, DC 20230 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |

### Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | 20230 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



WALZ FROM **WALZ** CERTIFIED MAILER®   FORM #48065 VERSION: E0422

Label #1

National Oceanic and Atmospheric Administration
1401 Constitution Avenue, NW
Room 5128
Washington, DC 20230

Label #2

Label #3

FOLD AND TEAR THIS WAY ⟶ OPTIONAL

Label #5 (OPTIONAL)

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER
9414 7266 9904 2202 2039 63

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here
NASHVILLE, TN
JAN 05 2024
01/05/2024

Sent to: National Oceanic and Atmospheric Administrat
1401 Constitution Avenue, NW
Room 5128
Washington, DC 20230

Reference Information

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number



January 12, 2024

Dear Dara Cancel:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 7266 9904 2202 2039 63**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 12, 2024, 6:39 am |
| **Location:** | WASHINGTON, DC 20230 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |

## Shipment Details

**Weight:** 5.0oz

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: 20230

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF Y…

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9414726699042202203956

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

- Delivered

- Out for Delivery

- Preparing for Delivery

### Moving Through Network
- **In Transit to Next Facility, Arriving Late**

  January 12, 2024

- **Arrived at USPS Regional Destination Facility**

  GAITHERSBURG MD DISTRIBUTION CENTER
  January 8, 2024, 10:00 am

- See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**Return Receipt Electronic** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



**UNITED STATES POSTAL SERVICE**

January 17, 2024

Dear Dara Cancel:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 7266 9904 2202 2039 32**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | January 17, 2024, 4:48 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |

## Shipment Details

**Weight:** 6.0oz

## Recipient Signature

Signature of Recipient: [signature]
Printed Name: EDDIE L. HANDERON (illegible)

Address of Recipient: JUSTICE 20530 (illegible)

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

WALZ FROM **WALZ** CERTIFIED MAILER®

FORM#4068 VERSION: E0422

Label #1

Matthew M. Graves
U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

Label #2

Label #3

FOLD AND TEAR THIS WAY → OPTIONAL

Label #5 (OPTIONAL)

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER
9414 7266 9904 2202 2039 49

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| | $0.00 |
| Return Receipt (Hardcopy) | $2.20 $0.00 |
| Return Receipt (Electronic) | $0.00 $0.00 |
| Certified Mail Restricted Delivery | $2.00 |
| Postage | $9.10 |
| Total Postage and Fees | $ |

Postmark Here
JAN 05 2024
01/05/2024
NASHVILLE, TN
USPS 37202

Sent to: Matthew M. Graves
U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

**Reference Information**

PS Form 3800, Facsimile, July 2015

Label #7 - Certified Mail Article Number



January 17, 2024

Dear Dara Cancel:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 7266 9904 2202 2039 49**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | January 17, 2024, 4:48 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |

## Shipment Details

**Weight:** 6.0oz

## Recipient Signature

Signature of Recipient: X [signature] Ellis Anderson
Printed Name: EDDIE L ANDERSON

Address of Recipient: JUSTICE 20530

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004