# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH CAROLINA FISHERIES ASSOCIATION, INC., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of the United States Department of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE,<br><br>*Defendants.* | No. 1:23-cv-03905 |

## NOTICE OF FILING CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that Federal Defendants (Gina M. Raimondo, in her official capacity, National Oceanic and Atmospheric Administration, and National Marine Fisheries Service), by and through undersigned counsel, are hereby filing the certified list of the contents of the Administrative Record (Exhibit 1) for the above-captioned matter pursuant to LCvR 7(n).

The Administrative Record has been certified by John C. McGovern, Assistant Regional Administrator, Sustainable Fisheries Division, National Marine Fisheries Service, and Andrew J. Strelcheck, Regional Administrator, National Marine Fisheries Service. Undersigned counsel produced the Administrative Record on DVD disk to counsel for Plaintiffs.

Dated:  February 26, 2024            Respectfully submitted,

                                           TODD KIM
                                           Assistant Attorney General
                                           Environment and Natural Resources Division
                                           United States Department of Justice

/s/ Mark Arthur Brown
MARK ARTHUR BROWN
D.C. Bar No. 470050
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Tel: 202-305-0204
Fax: 202-305-0275
mark.brown@usdoj.gov

/s/ Peter Brocker
Peter Brocker
Trial Attorney
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-8636
peter.brocker@usdoj.gov

Counsel for Defendants

Of Counsel:
B. Michael McLemore
Monica Smit-Brunello
Department of Commerce, NOAA
Office of General Counsel
263 13th Ave. South, Suite 177
St. Petersburg, FL  33701
(727) 824-5371

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Mark Arthur Brown
MARK ARTHUR BROWN